IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Long, Rosa | Case Number: 08 B 05022 |
|---|---|---|
| | Long, Charles | Judge: Squires, John H |
| | Printed: 10/29/08 | Filed: 3/4/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 17, 2008
Confirmed: May 28, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,580.26 | |
| Secured: | | 2,406.97 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 940.57 |
| Trustee Fee: | | 232.72 |
| Other Funds: | | 0.00 |
| Totals: | 3,580.26 | 3,580.26 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,873.00 | 940.57 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Village of Oak Park | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Auto Finance | Secured | 25,212.28 | 1,413.37 |
| 5. | HSBC Auto Finance | Secured | 16,708.52 | 993.60 |
| 6. | Litton Loan Servicing | Secured | 59,692.15 | 0.00 |
| 7. | American General Finance | Unsecured | 444.27 | 0.00 |
| 8. | Capital One | Unsecured | 117.96 | 0.00 |
| 9. | Macy's | Unsecured | 301.35 | 0.00 |
| 10. | RMI/MCSI | Unsecured | 250.00 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 199.19 | 0.00 |
| 12. | HSBC Auto Finance | Unsecured | 0.00 | 0.00 |
| 13. | Sprint Nextel | Unsecured | 217.62 | 0.00 |
| 14. | Wyndham Vacation Resorts Inc | Secured | | No Claim Filed |
| 15. | Allied Interstate | Unsecured | | No Claim Filed |
| 16. | AT&T | Unsecured | | No Claim Filed |
| 17. | Bally's | Unsecured | | No Claim Filed |
| 18. | Top 10 Trainer | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 21. | Diversified Adjustment Service | Unsecured | | No Claim Filed |
| 22. | H & F Law Offices | Unsecured | | No Claim Filed |
| 23. | Nicor Gas | Unsecured | | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 25. | Medical Recovery Specialists | Unsecured | | No Claim Filed |
| 26. | Village Of Oak Park | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Long, Rosa | Case Number: 08 B 05022 |
| --- | --- | --- |
| | Long, Charles | Judge: Squires, John H |
| | Printed: 10/29/08 | Filed: 3/4/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 27. | American General Finance | Unsecured | | No Claim Filed |
| | | | $ 106,016.34 | $ 3,347.54 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 6.5% | 232.72 |
| | $ 232.72 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

